[Cite as *In re Whitacre*, 2024-Ohio-3274.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| IN RE: CARL E. WHITACRE | Case No. 2024-00281VI |
| CARL E. WHITACRE | Judge Lisa L. Sadler |
| Applicant | <u>ORDER</u> |

{¶1} On June 11, 2024, a hearing was held in this matter before a Magistrate of this court. On July 16, 2024, the Magistrate issued a Decision wherein she found that applicant's January 8, 2024 application for reparations, regarding an incident that occurred on June 30, 2019, was barred by the applicable three-year statute of limitations found in R.C. 2743.60(A)(2). The Magistrate concluded that the Final Decision of the Attorney General was reasonable and lawful and recommended that it be affirmed.

{¶2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶3} Upon review of the claim file, and the Magistrate's Decision, it is the Court's finding that the Magistrate was correct in her analysis of the issues and application of the law. Accordingly, this court adopts the Magistrate's Decision and recommendation as its own.

IT IS HEREBY ORDERED THAT

{¶4} The July 16, 2024 Decision of the Magistrate is ADOPTED;

{¶5} The March 6, 2024 Final Decision of the Attorney General is AFFIRMED;

{¶6} This claim is DENIED and judgment entered for State of Ohio;

{¶7} Costs assumed by the reparations fund.

LISA L. SADLER
Judge

Filed 08/01/24
Sent to S.C. Reporter 08/26/24